UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-20371-Bloom/Elfenbein

**UNITED STATES OF AMERICA**

      Plaintiff,

vs.

**KASHMIRI PILLAY,**

      Defendant,
_____/

### UNOPPOSED MOTION TO CONTINUE TRIAL DATE

**COMES NOW,** the defendant, **KASHMIRI PILLAY**, by and through his undersigned counsel, and moves this Court to enter an order continuing the trial date herein pursuant to *Fed. R. Crim. P. 45* and *18 U.S.C.A. § 3161(h)* and as grounds therefore would state that:

1. On August 21, 2025, the government filed a one-count indictment against the defendant herein. Calendar Call in this matter is scheduled for September 30, 2025, at 1:30 before this Honorable court. Trial is scheduled to commence during the two-week trial period beginning on October 6, 2025.

2. On September 3, 2025, the defendant was arraigned in this matter. This is the first continuance being sought by the defendant. The defendant received discovery on or about September 11, 2025, the discovery contains

approximately 390 pages of documents. The undersigned will not have the opportunity to fully review and investigate the case prior to the first scheduled calendar call and trial date. The defendant is requesting an additional sixty (60) days within which to review said discovery and conduct his own investigation and prepare the case for either a plea or trial.

3. Additionally, all parties to this case are scheduled to be in trial during the same 2-week trial period in *USA v. Vaseduvan Pillay* 25-CR-20260-Becerra. Due to scheduling conflicts, it is believed this matter will begin the week of October 13, 2025, and it is anticipated it will take approximately 2-3 days.

4. Pursuant to *18 U.S.C. § 3161(c)(1)* the defendant understands he has the right to have his trial commence within seventy (70) days from the date of the filing of the indictment herein. By requesting this continuance, the defendant hereby waives his right to a speedy trial so that counsel can continue to fully investigate this matter. Further it is agreed that the time period requested, sixty (60) days, is hereby excluded from the speedy trial period.

5. The undersigned has discussed this matter with A.U.S.A. Ilana Malkin, and she has stated she does not oppose this motion.

**WHEREFORE**, based upon the foregoing, the undersigned respectfully requests this court enter an order continuing the trial date herein.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF to Assistant United States Attorney, Ilana Malkin, this 22nd day of September 2025.

/s/ Russell J. Williams
**RUSSELL J. WILLIAMS, ESQ.**
Russell J. Williams, P.A.
Attorney for Defendant,
Seacoast Bank Building
12 Southeast 7th Street Suite 700
Fort Lauderdale, FL 33301
Office: (954) 525-2889
Fax: (954) 206-9276
Florida Bar # 727751
Email: Rjwesquire@aol.com

/s/ Daniel Grande
**DANIEL GRANDE, ESQ.**
Grande Law, P.A.
Attorney for Defendant
8603 S. Dixie Highway, Suite 205
Miami, Florida 33156
Office: 305-307-8052
Florida Bar # 55900
Email: Danny@grande-law.com

**DEFENDANT SPEEDY TRIAL WAIVER**

I, **VASUDEVAN PILLAY**, have read the foregoing motion.  I agree with my attorney's request for a continuance.  I further understand that pursuant to statute I have the right to be brought to trial within seventy (70) days of the indictment.  I also understand that if this court grants the motion to continue that the additional time requested, sixty (60) days, to permit my attorney to prepare my case will be excluded from the speedy trial time computation.

_____
VASUDEVAN PILLAY