UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20371-BB(s)
18 U.S.C. § 1425(a)
52 U.S.C. § 10307(c)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

v.

KASHMIRI PILLAY,
a/k/a "B.A.,"

Defendant.
_____/

FILED BY ___BM___ D.C.
Jan 9, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT 1
### Procurement of Citizenship of Naturalization Unlawfully
### (18 U.S.C. § 1425(a))

From on or about March 16, 2020, through on or about January 21, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KASHMIRI PILLAY,**
a/k/a "B.A.,"

did knowingly procure and attempt to procure, contrary to law, naturalization, and documentary and other evidence of naturalization and of citizenship, for herself, in violation of Title 18, United States Code, Section 1425(a).

## COUNT 2
## False Information in Voting
## (52 U.S.C. § 10307(c))

On or about November 6, 2022, in Broward County, in the Southern District of Florida, the defendant,

**KASHMIRI PILLAY,**
a/k/a "B.A.,"

knowingly and willfully gave false information as to her name for the purpose of establishing her eligibility to vote in the general election held solely and in part for the purpose of selecting and electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, and Member of the United States House of Representatives, in that she submitted and caused to be submitted a vote to the supervisor of elections for Broward County, Florida, in violation of Title 52, United States Code, Section 10307(c).

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KASHMIRI PILLAY a/k/a "B.A.,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1425, as alleged in this Superseding Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

   a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

   b. any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of

such offense; and

    c.    any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
ILANA R. MALKIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-20371-BB(s)

v.

KASHMIRI PILLAY a/k/a "B.A.,"

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants   0
Total number of new counts   1

**Court Division** (select one)
- [✓] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take   0   days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [✓] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Beth Bloom   Case No. 25-CR-20371
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____/s/ Ilana Malkin_____
Ilana Malkin
Assistant United States Attorney
SDFL Court ID No.   A5503170

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: KASHMIRI PILLAY a/k/a "B.A."

**Case No**: 25-CR-20371-BB(s)

Count #: 1

Procuring Citizenship or Naturalization Unlawfully

Title 18, United States Code, Section 1425(a)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 2

False Information in Voting

Title 52, United States Code, Section 10307(c)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $10,000

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25-CR-20371-BB(s) |
| Kashmiri Pillay a/k/a "B.A.," | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Russell Williams
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*